IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CR-055-MOC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| DENNIS SWERDLEN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by David S. Rudolf, concerning Richard G. Lubin on March 20, 2018. Mr. Richard G. Lubin seeks to appear as counsel *pro hac vice* for Defendant Dennis Swerdlen. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED.** Mr. Richard G. Lubin is hereby admitted *pro hac vice* to represent Defendant Dennis Swerdlen.

**SO ORDERED**.

Signed: March 20, 2018

David C. Keesler
United States Magistrate Judge